# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DELOSANGELES HARPER,**                                                 **PLAINTIFF**
**ADC #139885**

v.                      Case No. 2:18-cv-00171-KGB-JTK

**JOSEPH DAUCK,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and other Orders entered in this matter, it is considered, ordered, and adjudged that plaintiff Delosangeles Harper's claims are hereby dismissed. The relief requested is denied.

It is so adjudged this 29th day of March, 2022.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge